# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CAROL L. WILLIAMS,**
    **Plaintiff,**

**v.**        **3:08cv557/RV/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

_____

## ORDER

**This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 17, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.**

**Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.**

**Accordingly, it is now ORDERED as follows:**

**1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.**

**2. The plaintiff's motion for attorney fees under the Equal Access to Justice Act (doc. 31) is granted as set forth below.**

**3. Plaintiff's counsel, Stuart Barasch, Esquire, is entitled to recover reasonable fees for representing plaintiff before the United States District Court for the Northern District of Florida pursuant to 28 U.S.C. § 2412 (EAJA); attorney fees of**

$7,500.00 under the EAJA is reasonable; and the Commissioner is directed to pay plaintiff, Carol L. Williams, in care of her attorney, Stuart Barasch, Esq.

DONE AND ORDERED this 21st day of June, 2010.


/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE